United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 14, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 24-30885 |
| JOANNA BURKE, § | |
| § | |
| Debtor. § | |
| § | CHAPTER 13 |

### ORDER GRANTING MOTION FOR EXTENSION OF TIME

This matter is before the Court on the Motion for Extension of Time (ECF No. 15) filed by the *pro se* debtor. The debtor is requesting additional time to file the required bankruptcy schedules and statements. The Court will extend the time for the debtor to file these documents. In addition, the debtor has failed to file a credit counseling certificate. Pursuant to 11 U.S.C. § 109(h), an individual is not eligible to be a debtor unless that individual has completed an approved credit counseling course within 180 days prior to filing the bankruptcy petition. The debtor must file a certificate showing such credit counseling course was completed within 180 days prior to filing this case.

**THEREFORE, IT IS ORDERED** that the Motion to Extend Time is granted. No later than March 29, 2024, the debtor must file all bankruptcy statements, schedules, and the credit counseling certificate. The credit counseling certificate must show that credit counseling was completed within 180 days **prior** to the filing of this bankruptcy case. If the debtor fails to file these documents by the deadline, this case will be dismissed without further notice.

SIGNED 03/14/2024

_____
Jeffrey Norman
United States Bankruptcy Judge