Nathan Ochsner
Clerk of Court
P. O. Box 61010
Houston, TX 77208

United States Courts
Southern District of Texas
**FILED**

MAR 29 2024

Nathan Ochsner, Clerk of Court

Date: Mar 27, 2024

Re: In re Joanna Burke (24-30885)
Bankruptcy Court, S.D. Texas

Dear Sir,

**JOANNA BURKE'S FILINGS IN THIS CASE**

Please find enclosed the following documents:-

1. FIRST MOTION TO ABATE PROCEEDINGS
2. PROPOSED ORDER
3. ADVERSARY PROCEEDING
4. SUMMONS x 6 COPIES; COURT, DBNTCO, PHH, AVT, PLAINTIFF, AND RETURN

If you have any questions, please contact me at the information below. Thank you.

Sincerely,

*Joanna Burke*

Joanna Burke
46 Kingwood Greens Dr.,
Kingwood, TX, 77339
Email: joanna@2dobermans.com

Tel: (281) 812-9591
Fax: +1 (866) 705-0576

Encls.