United States Bankruptcy Court
Southern District of Texas
**ENTERED**
April 01, 2024
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 24-30885 |
| JOANNA BURKE, | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 13 |

## ORDER MOOTING MOTION TO ABATE

This matter is before the Court on the First Verified Motion to Abate Proceedings (ECF No. 23) filed by the debtor, pro se. This case was dismissed on April 1, 2024, due to the debtor's failure to abide by the Court's order requiring all bankruptcy statements schedules, and the credit counseling certificate to be filed by March 29, 2024 (ECF No. 17).

**ACCORDINGLY, IT IS ORDERED** that the First Verified Motion to Abate Proceedings is denied as moot.

SIGNED 04/01/2024

_____
Jeffrey Norman
United States Bankruptcy Judge